# Hecker Fink LLP

**NEW YORK | WASHINGTON, DC | LOS ANGELES**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

dgopstein@heckerfink.com

April 24, 2026

**BY CM/ECF**

The Honorable Jeannette A. Vargas
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Edalat v. NBA Properties, Inc.*, Case No. 1:26-cv-02774-JAV

Dear Judge Vargas:

We write pursuant to Section 5.H of your Honor's Individual Rules and Practices in Civil Cases to request oral argument on Plaintiff's motion for leave to file a third amended complaint. ECF No. 24. Defendant NBA Properties, Inc. ("NBAP") believes that oral argument would assist the Court in resolving Plaintiff's motion because of, among other things, the lengthy and complex procedural history of this case. As NBAP described in its memorandum of law in opposition to Plaintiff's motion, filed concurrently with this letter, the case's procedural history is critical to understanding the context of the instant motion. Counsel can be available to answer the Court's questions about the case's history or any other questions the Court may have.

We thank the Court for its consideration of this request.

Respectfully submitted,

Sean Hecker
David Gopstein
Mahrah M. Taufique
shecker@heckerfink.com
dgopstein@heckerfink.com
mtaufique@heckerfink.com
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Phone: (212) 763-0883

*Attorneys for Defendant NBA Properties, Inc.*

cc:    All counsel of record (by ECF)